JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA LIDIA DUTCIUC, | ) | Case No. EDCV 09-2177-OP |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED: October 4, 2010

                  HONORABLE OSWALD PARADA
                  United States Magistrate Judge